**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re: GROWING EDUCATORS, INC.    §    Case No. 2:20-bk-13276 BB
    §
    §
    §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Elissa D. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $13,510.00 *(without deducting any secured claims)* | | Assets Exempt: N/A |
| Total Distributions to Claimants: $178,954.80 | | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $30,447.38 | | |

　　　　3) Total gross receipts of $209,402.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $209,402.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $207,676.21 | $205,448.16 | $138,055.84 | $138,055.84 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $30,447.38 | $30,447.38 | $30,447.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,073.00 | $2,073.00 | $2,073.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $421,174.30 | $317,399.80 | $384,792.12 | $38,825.96 |
| **TOTAL DISBURSEMENTS** | $628,850.51 | $555,368.34 | $555,368.34 | $209,402.18 |

4) This case was originally filed under chapter 7 on 03/25/2020.  The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2021        By: /s/ Elissa D. Miller
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | $151,360.34 |
| Chase Bank - checking and savings accounts | 1129-000 | $23,757.41 |
| Refunds | 1229-000 | $14,284.43 |
| Potential claims against principals | 1249-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$209,402.18** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FC Marketplace, LLC | 4210-000 | $207,676.21 | $205,448.16 | $138,055.84 | $138,055.84 |
| | **TOTAL SECURED** | | **$207,676.21** | **$205,448.16** | **$138,055.84** | **$138,055.84** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Elissa D. Miller | 2100-000 | NA | $13,720.11 | $13,720.11 | $13,720.11 |
| Trustee, Expenses - Elissa D. Miller | 2200-000 | NA | $154.60 | $154.60 | $154.60 |
| Bond Payments - International Sureties, LTD | 2300-000 | NA | $126.64 | $126.64 | $126.64 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $216.77 | $216.77 | $216.77 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $1,430.17 | $1,430.17 | $1,430.17 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $821.97 | $821.97 | $821.97 |
| Accountant for Trustee Fees (Other Firm) - Menchaca & Company | 3410-000 | NA | $10,663.50 | $10,663.50 | $10,663.50 |
| Accountant for Trustee Expenses (Other Firm) - Menchaca & Company | 3420-000 | NA | $99.12 | $99.12 | $99.12 |
| Other Professional Fees - Valid8 Financial, Inc. | 3991-000 | NA | $3,214.50 | $3,214.50 | $3,214.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$30,447.38** | **$30,447.38** | **$30,447.38** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Franchise Tax Board | 5800-000 | NA | $2,073.00 | $2,073.00 | $2,073.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,073.00** | **$2,073.00** | **$2,073.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FC Marketplace, LLC | 7100-000 | NA | $0.00 | $67,392.32 | $7,390.35 |
| 2 | FC Marketplace, LLC | 7100-000 | $79,651.30 | $80,312.80 | $80,312.80 | $8,807.24 |
| 3 | Atlantic 777, Inc. | 7100-000 | $30,000.00 | $1,663.00 | $1,663.00 | $182.37 |
| 4 | Renee Houser | 7100-000 | $161,113.06 | $204,684.00 | $204,684.00 | $22,446.00 |
| 5 | Cvent | 7200-000 | $12,000.00 | $30,740.00 | $30,740.00 | $0.00 |
| N/F | CrowdCompass | 7100-000 | $10,450.00 | NA | NA | NA |
| N/F | Extra Space Storage | 7100-000 | $576.20 | NA | NA | NA |
| N/F | Jessica S. Martin | 7100-000 | $126,895.00 | NA | NA | NA |
| N/F | Spectrum Business | 7100-000 | $177.95 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $310.79 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$421,174.30** | **$317,399.80** | **$384,792.12** | **$38,825.96** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:20-bk-13276 BB
**Case Name:** GROWING EDUCATORS, INC.
**For Period Ending:** 11/11/2021

**Trustee Name:** (001470) Elissa D. Miller
**Date Filed (f) or Converted (c):** 03/25/2020 (f)
**§ 341(a) Meeting Date:** 04/29/2020
**Claims Bar Date:** 08/17/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank - checking and savings accounts<br>bank account balance petition date | 22,493.00 | 22,493.00 | | 23,757.41 | FA |
| 2 | Accounts receivable<br>collected | 81,141.54 | 81,141.54 | | 151,360.34 | FA |
| 3 | Office furniture<br>no value to the estate | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Office equipment<br>no value to the estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Intellectual property<br>no value to the estate | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Growing Educator's Domain & Website<br>no value to the estate | 10.00 | 0.00 | | 0.00 | FA |
| 7 | Client Contact List<br>no value to the estate | 6,000.00 | 0.00 | | 0.00 | FA |
| 8 | Refunds (u)<br>phone/insurance | 0.00 | 0.00 | | 14,284.43 | FA |
| 9 | Potential claims against principals (u)<br>EOD 12/22/20 approving settlement agreement 9019 motion filed 11/17/20 settlement of disputes between trustee and Jonathan and Jessica Martin | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$117,144.54** | **$123,634.54** | | **$209,402.18** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 2:20-bk-13276 BB
**Case Name:** GROWING EDUCATORS, INC.

**For Period Ending:** 11/11/2021

**Trustee Name:** (001470) Elissa D. Miller
**Date Filed (f) or Converted (c):** 03/25/2020 (f)
**§ 341(a) Meeting Date:** 04/29/2020
**Claims Bar Date:** 08/17/2020

**Major Activities Affecting Case Closing:**

Franchise Tax Board filed claims after submission of TFR. Amounts due differ from the amended tax return. CPA has confirmed that the tax liability for year 2020 is $2073. (7/24/21)

Debtors requested estate tax returns be reviewed by their CPA. After further discussions with Trustee's accountants, the tax returns were amended and re-filed. At this time, the amended fee application has been filed. The Trustee has recalculated the proposed distribution and submits her final report. (7/7/21)

The secured creditor received payment for its secured portion of the claim with the remaining amounts to be paid as general unsecured. The settlement funds have been paid to the estate. Accountants prepared and filed the necessary tax returns. Tax was paid to the FTB. An objection to claim no. 5 was filed and sustained. Professional fee application filed with the Court. No court costs due. Trustee submits her final report. (4/28/21).

After examination, the Debtor turned over cash from its bank accounts, which it represented to be from the collection of receivables. The Trustee continued to collect the debtor's receivables and an insurance premium refund. Debtor did not list any secured claims on schedule D. After the notice to file claims, the trustee learned that FC Marketplace LLC claimed to have security interest in receivables. Trustee and secured creditor entered into a stipulation to allowed the estate to retain an amount for its efforts while allowing the secured creditors its portion. The stipulation was approved by the court and payments made pursuant to the order. Additionally, the trustee has entered into an agreement with the debtor's principals for any potential claims in exchange for total payment of $20,000.00. The settlement motion was approved by the court and payments are being submitted in accordance. The claims bar date is set. Accountants will file the necessary tax returns. The ETFR date is July 30, 2021. (12/31/20)

Order Granting Application to Employ Menchaca & Company LLP as Accountants 6/22/2020

**Initial Projected Date Of Final Report (TFR):** 07/30/2021    **Current Projected Date Of Final Report (TFR):** 07/24/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 2:20-bk-13276 BB | **Trustee Name:** | Elissa D. Miller (001470) | |
| **Case Name:** | GROWING EDUCATORS, INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***0613 | **Account #:** | ******5300 Checking | |
| **For Period Ending:** | 11/11/2021 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/20 | {1} | Growing Educators, Inc | funds from bank account | 1129-000 | 23,757.41 | | 23,757.41 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 23,752.41 |
| 04/17/20 | {2} | Growing Educators, Inc. | receivable | 1121-000 | 32,500.00 | | 56,252.41 |
| 04/24/20 | 101 | International Sureties, Ltd. | bond premium | 2300-000 | | 0.87 | 56,251.54 |
| 04/30/20 | {2} | New Los Angeles Charter Schools | receivable | 1121-000 | 3,900.00 | | 60,151.54 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 60.47 | 60,091.07 |
| 05/06/20 | {2} | Monrovia Unified | receivable | 1121-000 | 2,600.00 | | 62,691.07 |
| 05/12/20 | {2} | Rosemead School District | receivable | 1121-000 | 1,785.00 | | 64,476.07 |
| 05/13/20 | {2} | Rosmead School District | receivable | 1121-000 | 2,000.00 | | 66,476.07 |
| 05/13/20 | {8} | Verizon | utility refund | 1229-000 | 230.19 | | 66,706.26 |
| 05/19/20 | {2} | Growing Educators, Inc. | receivable | 1121-000 | 11,000.00 | | 77,706.26 |
| 05/21/20 | {8} | Growing Educators, Inc. | return insurance premium | 1229-000 | 14,000.00 | | 91,706.26 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 109.95 | 91,596.31 |
| 06/10/20 | {2} | Growing Educators, Inc. | receivable | 1121-000 | 9,818.35 | | 101,414.66 |
| 06/22/20 | {2} | LA Unified School District | receivable | 1121-000 | 26,991.50 | | 128,406.16 |
| 06/23/20 | {2} | Extera Public School | receivable | 1121-000 | 1,800.00 | | 130,206.16 |
| 06/29/20 | {2} | Fullerton School District | receivable | 1121-000 | 3,200.00 | | 133,406.16 |
| 06/29/20 | {2} | Gabriella Charter School | receivable | 1121-000 | 1,400.00 | | 134,806.16 |
| 06/29/20 | {8} | Infinity Return Premium | refund | 1229-000 | 54.24 | | 134,860.40 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 176.74 | 134,683.66 |
| 07/10/20 | {2} | LA Unified School District | receivable | 1121-000 | 6,500.00 | | 141,183.66 |
| 07/14/20 | {2} | LA Unified School District | receivable | 1121-000 | 9,993.00 | | 151,176.66 |
| 07/21/20 | {2} | LA Unified School District | receivable | 1121-000 | 1,000.00 | | 152,176.66 |
| 07/21/20 | {2} | Pomona Unified School District | receivable | 1121-000 | 25,372.50 | | 177,549.16 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 248.43 | 177,300.73 |
| 08/17/20 | {2} | Los Angeles United School District | receivable | 1121-000 | 11,499.99 | | 188,800.72 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 280.68 | 188,520.04 |
| 09/08/20 | 102 | FC Marketplace, LLC | EOD 8/20/20 stipulation re settlement of allowed claims [Doc 29] | | | 138,055.84 | 50,464.20 |
| | | FC Marketplace, LLC | settlement-amount as of July 3, 2020           $100,000.00 | 4210-000 | | | |
| | | FC Marketplace, LLC | settlement-70% of $54,365.49           $38,055.84 | 4210-000 | | | |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 203.75 | 50,260.45 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 80.33 | 50,180.12 |

Page Subtotals:    $189,402.18    $139,222.06

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| Form 2 | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 2 |

| Case No.: | 2:20-bk-13276 BB | Trustee Name: | Elissa D. Miller (001470) |
|---|---|---|---|
| Case Name: | GROWING EDUCATORS, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0613 | Account #: | ******5300 Checking |
| For Period Ending: | 11/11/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/20 | 103 | Valid8 Financial, Inc. | invoice #1060 services rendered EOD 6/30/20 [Doc 23] | 3991-000 | | 3,214.50 | 46,965.62 |
| 11/12/20 | {9} | Jonathan and Jessica Martin | settlement payment | 1249-000 | 5,000.00 | | 51,965.62 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 81.62 | 51,884.00 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 91.23 | 51,792.77 |
| 01/07/21 | {9} | Jonathan and Jessica Martin | settlement payment | 1249-000 | 10,000.00 | | 61,792.77 |
| 01/22/21 | 104 | International Sureties, Ltd. | bond premium | 2300-000 | | 125.77 | 61,667.00 |
| 01/29/21 | {9} | Jonathan and Jessica Martin | settlement payment | 1249-000 | 5,000.00 | | 66,667.00 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 91.97 | 66,575.03 |
| 02/09/21 | | Transfer Debit to East West Bank acct XXXXXX0161 | Transition Debit to East West Bank acct XXXXXX0161 | 9999-000 | | 66,575.03 | 0.00 |
| | | **COLUMN TOTALS** | | | 209,402.18 | 209,402.18 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 66,575.03 | |
| | | **Subtotal** | | | 209,402.18 | 142,827.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$209,402.18** | **$142,827.15** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 2:20-bk-13276 BB | Trustee Name: | Elissa D. Miller (001470) |
|---|---|---|---|
| Case Name: | GROWING EDUCATORS, INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0613 | Account #: | ******0161 Checking Account |
| For Period Ending: | 11/11/2021 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/09/21 | | Transition Transfer Credit | INCOMING WIRE | 9999-000 | 66,575.03 | | 66,575.03 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 99.58 | 66,475.45 |
| 03/01/21 | 1000 | Franchise Tax Board | FORM 100-S year 2020 Stopped on 06/02/2021 | 2820-005 | | 823.00 | 65,652.45 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 117.19 | 65,535.26 |
| 06/02/21 | 1000 | Franchise Tax Board | FORM 100-S year 2020 Stopped: check issued on 03/01/2021 | 2820-005 | | -823.00 | 66,358.26 |
| 09/30/21 | 1001 | Elissa D. Miller | EOD 9/29/21 final order [Doc 55] | 2100-000 | | 13,720.11 | 52,638.15 |
| 09/30/21 | 1002 | Elissa D. Miller | EOD 9/29/21 final order [Doc 55] | 2200-000 | | 154.60 | 52,483.55 |
| 09/30/21 | 1003 | Menchaca & Company | EOD 9/29/21 final order [Doc 55] | | | 10,762.62 | 41,720.93 |
| | | Menchaca & Company | fees         $10,663.50 | 3410-000 | | | |
| | | Menchaca & Company | expenses         $99.12 | 3420-000 | | | |
| 09/30/21 | 1004 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $821.97; Claim # 6; Filed: $821.97 | 2820-000 | | 821.97 | 40,898.96 |
| 09/30/21 | 1005 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $2,073.00; Claim # 7; Filed: $2,073.00 | 5800-000 | | 2,073.00 | 38,825.96 |
| 09/30/21 | 1006 | FC Marketplace, LLC | Distribution payment - Dividend paid at 10.97% of $67,392.32; Claim # 1; Filed: $0.00 | 7100-000 | | 7,390.35 | 31,435.61 |
| 09/30/21 | 1007 | FC Marketplace, LLC | Distribution payment - Dividend paid at 10.97% of $80,312.80; Claim # 2; Filed: $80,312.80 | 7100-000 | | 8,807.24 | 22,628.37 |
| 09/30/21 | 1008 | Atlantic 777, Inc. | Distribution payment - Dividend paid at 10.97% of $1,663.00; Claim # 3; Filed: $1,663.00 | 7100-000 | | 182.37 | 22,446.00 |
| 09/30/21 | 1009 | Renee Houser | Distribution payment - Dividend paid at 10.97% of $204,684.00; Claim # 4; Filed: $204,684.00 | 7100-000 | | 22,446.00 | 0.00 |

|  | COLUMN TOTALS | 66,575.03 | 66,575.03 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 66,575.03 | 0.00 | |
|  | Subtotal | 0.00 | 66,575.03 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $66,575.03 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 2:20-bk-13276 BB | **Trustee Name:** | Elissa D. Miller (001470) | |
| **Case Name:** | GROWING EDUCATORS, INC. | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***0613 | **Account #:** | ******0161 Checking Account | |
| **For Period Ending:** | 11/11/2021 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5300 Checking | $209,402.18 | $142,827.15 | $0.00 |
| ******0161 Checking Account | $0.00 | $66,575.03 | $0.00 |
| | **$209,402.18** | **$209,402.18** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)